# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| AMY SNYDER, JAMES WINGO, STACI FOSTER WHITNEY AND SCOTT SCHULTZ, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>THE CIGNA GROUP, CIGNA HEALTH AND LIFE INSURANCE CO., and CIGNA HEALTH MANAGEMENT, INC.,<br><br>　　　　　　　Defendants. | Case No.: 3:23-cv-01451-OAW<br><br>April 25, 2024 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), Plaintiffs Amy Snyder, James Wingo, Staci Foster Whitney, and Scott Schultz (together, "Plaintiffs") hereby respectfully move unopposed to request a 9-day extension to the deadline for Plaintiffs to file their opposition brief to the Motion to Dismiss the First Amended Complaint ("Motion to Dismiss") filed by Defendants The Cigna Group, Cigna Health and Life Insurance Company, and Cigna Health Management, Inc. (collectively, together, "Cigna") from April 30, 2024 to May 9, 2024.  This is Plaintiffs' first request for an extension to the deadline for filing their opposition brief to Cigna's Motion to Dismiss.  This motion is based on good cause, as set forth herein:

　　　　1.　　　Plaintiffs filed their First Amended Complaint ("FAC") on February 6, 2024.  ECF No. 49.

　　　　2.　　　Cigna filed their Motion to Dismiss pursuant to Rule 12(b)(6) on March 19, 2024.  ECF No. 61.

3. The deadline for Plaintiffs to respond to Cigna's Motion to Dismiss is currently April 30, 2024.  ECF No. 59.

4. Plaintiffs desire a 9-day extension to file their opposition brief to Cigna's Motion to Dismiss, in order to accommodate personal family emergencies experienced by several members of Plaintiffs' counsel team, which have resulted in unanticipated logistical challenges and scheduling conflicts.  Plaintiffs respectfully submit that a brief 9-day extension, until May 9, 2024, will allow them to better manage these conflicts in order to provide the Court with the most developed arguments possible in response to the arguments Cigna raised in the Motion to Dismiss.

5. Plaintiffs' counsel have conferred with Cigna's counsel and Cigna does not oppose the relief sought herein provided Cigna's deadline to file a reply brief is extended by the same amount of time.

6. This is the first request for an extension of time with respect to Plaintiffs' deadline to file their opposition brief to Cigna's Motion to Dismiss.

7. This request is being filed at least three business days before the expiration of the current deadline to file the opposition brief to Cigna's Motion to Dismiss, as required by Local Rule 7(b).

8. This motion is made in good faith and not for the purpose of hindrance or undue delay.

9. Plaintiffs request that the Court extend the briefing deadlines as follows:

- May 9, 2024 – deadline for Plaintiffs to file an opposition brief in response to Cigna's Motion to Dismiss; and
- May 30, 2024 – deadline for Cigna to file a reply brief in support of their Motion to Dismiss.

Dated:  April 25, 2024                                              Respectfully submitted,

                                                                          */s/ Erin Green Comite*

Erin Green Comite (CT 24886)
Anja Rusi (CT 30686)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, Connecticut 06415
Tel. (800) 404-7770
ecomite@scott-scott.com
arusi@scott-scott.com

Joseph P. Guglielmo (CT 27481)
Amanda Rolon*
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com
arolon@scott-scott.com

**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
James E. Cecchi (*pro hac vice* forthcoming)
Michael A. Innes (*pro hac vice* forthcoming)
Jordan M. Steele*
5 Becker Farm Road
Roseland, New Jersey 07068
Tel.: (973) 994-1700
jcecchi@carellabyrne.com
minnes@carellabyrne.com
jsteele@carellabyrne.com

**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
Zachary S. Bower*
2222 Ponce De Leon Blvd.
Miami, Florida 33134
Tel.: (973) 994-1700
zbower@carellabyrne.com

**KESSLER TOPAZ MELTZER & CHECK, LLP**

3

4

                        Joseph H. Meltzer*
Lisa Lamb Port*
Melissa L. Yeates (*pro hac vice* forthcoming)
Tyler S. Graden (*pro hac vice* forthcoming)
Jordan E. Jacobson (*pro hac vice* forthcoming)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
jmeltzer@ktmc.com
llambport@ktmc.com
myeates@ktmc.com
tgraden@ktmc.com
jjacobson@ktmc.com

*Admitted pro hac vice*

*Attorneys for Plaintiffs and the Proposed Classes*